United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORGENT NETWORKS, INC., <br>     Plaintiff, <br> v. <br> ECHOSTAR TECHNOLOGIES CORPORATION, et al., <br>     Defendants. | Case No.: C 07-80007 JW (PVT) <br><br> (E.D. Tex. Case No. 6:06-CV-208) <br><br> **ORDER CHANGING HEARING DATE FOR NON-PARTY TIVO, INC.'S MOTION FOR PROTECTIVE ORDER AND/OR TO QUASH SUBPOENAS; and DIRECTING ALL COUNSEL TO REGISTER FOR ECF** |

       On January 4, 2007, non-party TiVo, Inc. filed a Motion for protective order and/or to quash subpoenas, and noticed the hearing for 9:00 a.m. on Friday, February 9, 2007 before the "General Duty Judge."[1] Pursuant to the San Jose Division's Standing Order Regarding Case Management in Civil Cases, "All disclosure or discovery disputes in cases assigned to district judges are referred to the assigned magistrate judge for determination pursuant to Fed.R.Civ.P. 72(a)." Magistrate Judge Patricia V. Trumbull holds her law and motion calendars on Tuesdays at 10:00 a.m. Therefore,

       IT IS HEREBY ORDERED that TiVo Inc.'s motion shall be heard at 10:00 a.m. on February 6, 2007. No later than January 23, 2007, any opposition to the motion shall be electronically filed in

---

    [1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

conformance with this court's General Order No. 45. Any reply shall be electronically filed no later than January 30, 2007.

    IT IS FURTHER ORDERED that counsel for TiVo, Inc. shall immediately serve a copy of this order on counsel for all parties by both fax and first class mail. All counsel who have not yet done so shall promptly register for this court's electronic case filing system ("ECF"). Information about ECF is available on the court's website at https://ecf.cand.uscourts.gov/cand/index.html.

Dated: *1/8/07*

                                  PATRICIA V. TRUMBULL
                                  United States Magistrate Judge