IRELL & MANELLA LLP
Richard M. Birnholz (151543) (rbirnholz@irell.com)
Alexander C.D. Giza (212327) (agiza@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Attorneys for Non-Party TiVo Inc.

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SUBPOENAS TO TiVo INC. | Case No. C07-80007-JW (PVT) <br> (Case No. 6:06-CV-208 Pending in E.D. Tex.) |
| FORGENT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECHOSTAR TECHNOLOGIES CORPORATION, et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | ORDER ON **STIPULATION EXTENDING TIME FOR NON-PARTY TIVO INC. TO SERVE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND/OR TO QUASH SUBPOENAS** <br><br> Date:   February 6, 2007 <br> Time:   10:00 a.m. <br> Ctrm:   Hon. Patricia Trumbull |

## STIPULATION

TiVo Inc. ("TiVo"), Forgent Networks, and Digeo Inc., by and through their undersigned counsel, stipulate as follows:

1.   Counsel for the parties are continuing to meet and confer in an effort to resolve the matters raised by TiVo's Motion For Protective Order And/Or To Quash ("Motion") informally and without further judicial assistance.

IRELL & MANELLA LLP
Registered Limited Liability
Law Partnership Including
Professional Corporations

1631860

STIPULATION

2. To facilitate the completion of these continuing efforts to resolve this motion, the parties have agreed that TiVo may file its Reply in support of its Motion by Friday, February 2, 2007, in the event that the matter is not resolved.

SO STIPULATED.

Dated: January 30, 2007

IRELL & MANELLA LLP
Richard M. Birnholz
Alexander C.D. Giza

By: /s/
Richard Birnholz
Attorneys for Non-Party TiVo Inc.

KINSELLA WEITZMAN ISER KUMP & ALDISERT
Alan Kossoff (150932)

BRACEWELL & GIULIANI LLP
Brad Benoit
Heath Novosad

By: /s/
Brad Benoit
Attorneys for Forgent

PERKINS COIE
Stefani E. Shanberg (206717)

By: /s/
Stefani Shanberg
Attorneys for Digeo

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 31, 2007

Patricia V. Trumbull
United States Magistrate Judge

- 2 -    STIPULATION